UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN BOOHER, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | Case No. 1:14-cv-1239-WTL-TAB |
| ) | |
| WENDY KNIGHT, ) | |
| ) | |
| Respondent. ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

For the reasons set forth in the accompanying Entry, the Court now enters FINAL JUDGMENT in this action. The action is dismissed for lack of jurisdiction.

Date: 11/04/14

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Ryan Booher
DOC # 243011
Correctional Industrial Facility
Inmate Mail/Parcels
5124 W. Reformatory Rd.
Pendleton, IN 46064

Electronically registered counsel